cacd_ecfmail@cacd.uscourts.gov

07/28/2008 11:33 AM

To InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject Transferred case has been opened

CASE: 3:08-cv-01278

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
as case 5:08-cv-01006, filed 07/24/2008.